UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRYSTAL HOWERY, <br><br>      Plaintiff, <br><br>  vs. <br><br>THE BOEING COMPANY, <br><br>      Defendant. | **FILED UNDER SEAL** <br><br> Case No.: 16-35109 <br><br> APPELLANT'S MOTION TO SEAL ACCOMPANYING MOTION AND AFFIDAVIT |

APPELLANT'S MOTION TO SEAL ACCOMPANYING

MOTION AND AFFIDAVIT

Appellant Crystal Howery respectfully moves the court to seal the accompanying Motion to Proceed In Forma Pauperis and Financial Affidavit for the following reasons:

1. Appellant is concerned that her personal, private, and confidential financial information not be accessible to the public.
2. The Appellant is informed and believes that a person or persons unknown are publishing or making use of the information for purposes unauthorized and unconnected with this action to the detriment of the Appellant.

DATED this 18th day of May, 2016.

*Crystal Howery*
Crystal Howery
584 Castro Street
San Francisco, CA 94114

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Appellant's Motion to Seal Accompanying Motion and Affidavit; and Certificate of Service to be served on counsel for defendants in this matter in the manner set forth below:

By First Class Mail:

SHEEHAN WEISS
FRED BURNSIDE
BORIS GAVIRIA

1201 Third Avenue, Suite 2200
Seattle, WA 98101

Attorneys for Defendant The Boeing Company

DATED this 18th day of May, 2016.

*Crystal Howery*
Crystal Howery
584 Castro Street
San Francisco, CA 94114