FILED

UNITED STATES COURT OF APPEALS

MAY 19 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRYSTAL HOWERY,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>BOEING COMPANY,<br><br>        Defendant - Appellee. | No. 16-35109<br><br>D.C. No. 2:14-cv-01555-RSM<br>Western District of Washington, Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion to seal the motion to proceed in forma pauperis and the accompanying affidavit (Docket Entry No. 12) is denied. *See* Interim Ninth Circuit Rule 27-13.

The pending motion to proceed in forma pauperis will be addressed in a separate order.

PK/Sealed Documents